IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GEORGE JEFFREY KELLY                                                                        PLAINTIFF

v.                                            Case No. 1:11-CV-01027

UNION COUNTY, ARKANSAS, et al.                                                        DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Non-suit, filed April 2, 2012. (ECF No. 21). Defendants do not oppose the motion. Upon consideration, the motion (ECF No. 21) is **GRANTED**. The case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, on this 9th day of April, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge